September 6, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

TADD SEYMOUR, Appellant

NO. 14-12-00485-CV                    V.

KARLA YVONNE PEREZ, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on April 25, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Tadd Seymour.

We further order this decision certified below for observance.